UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22cv22619

ALEXANDER DELGADO,
AYMREE DELGADO, and
CAMILO DELGADO,

    Plaintiffs,

v.

JOSE LUIS DE MEDEIROS, ALLTHEWAY
TRUCKING, INC., and PENSKE TRUCK
LEASING CORPORATION,

    Defendants.
_____/

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION**

Defendant, ALLTHEWAY TRUCKING, INC. ("Defendant"), hereby files its notice of the removal of that certain cause of action now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami, Florida, being styled ALEXANDER DELGADO, AYMEE DELGADO, and CAMILO DELGADO, v. JOSE LUIS DE MEDEIROS, ALLTHE WAY TRUCKING INC., and PENSKE TRUCK LEASING CORPORATION, Case No. 2022-01195-ca-01, stating as follows:

1. Defendant, ALLTHEWAY TRUCKING INC. is a foreign corporation, incorporated with its principal place of business in Woodbridge, Ontario, Canada, and is a citizen of Woodbridge, Ontario, Canada for purposes of diversity of citizenship under 28 U.S.C. § 1332.

2. Defendant, JOSE LUIS DE MEDEIROS is a citizen and resident of Ontario, Canada for purposes of diversity of citizenship under 28 U.S.C. § 1332.

3. Defendant, PENSKE TRUCK LEASING CORPORATION is a citizen and resident of Delaware.

4. At the time when the suit was instituted and at all times material to this action, Plaintiffs were and are citizens and residents of the State of Florida.

5. Complete diversity of citizenship exits between Plaintiffs and Defendants in accordance with 28 U.S.C. §1332.

6. The initial pleadings in this case were served on Defendant, ALLTHEWAY TRUCKING INC, on August 10, 2022. A true and correct copy of the initial pleadings which are filed in the State Court proceeding are attached hereto as Exhibit 1. This Notice of Removal is being filed within thirty (30) days of the Defendant's receipt of the initial pleadings. Therefore, this Notice of Removal is timely and proper pursuant to 28 U.S.C. § 1446(b).

7. The Complaint alleges that on December 18, 2021, Plaintiff was involved in a motor vehicle collision in Miami-Dade County, Florida when his motorcycle collided violently with the trailer attached to Defendant ALLTHEWAY TRUCKING INC.'s truck. Plaintiff alleges that Defendant ALLTHEWAY TRUCKING INC. is vicariously liable for Defendant, JOSE LUIS DE MEDEIROS's negligent operation of his vehicle at the time of the accident

8. As a result of the alleged accident, Plaintiff claims he sustained significant permanent and disabling injuries, including both significant orthopedic and significant neurological injuries, pain and suffering, disability, physical impairment, loss of function, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss ability to earn money, and acceleration and aggravation of previously existing conditions. Plaintiff alleges all the damages are permanent and continuing and the future expenses for hospitalization and

CASE NO.: 1:22cv22619

medical and nursing care and treatment are reasonably certain to occur.

9. Based on representations of Plaintiff's counsel, as a result of the subject accident, the Plaintiff claims to have suffered brain bleed with loss of short term memory, pelvic fractures surgically fixated, fractured cervical vertebrae with surgical fixation, and an undefined injury to his clavicle, shoulder and hand. Plaintiff's counsel also represented that Plaintiff was confined at Ryder Trauma for over a month, and is now at home with nursing assistance, and that he sees this as a "high value case."

10. Defendant asserts a reasonable good faith belief that the ***amount in controversy*** in this alleged cause of action exceeds the value of $75,000 exclusive of interest and costs, thus meeting the jurisdictional requirements of 28 U.S.C. Section 1332.

11. The Notice of Removal was filed with this Court within thirty (30) days after Plaintiffs' Complaint was filed, although Defendants JOSE LUIS DE MEDEIROS and PENSKE TRUCK LEASING CORPORATION have not yet been served with a summons.

12. Copies of all process, pleadings and orders served upon Defendant, and such other papers or exhibits as are required by Local Rules of Court, are filed herein, with the exception of any discovery.

WHEREFORE, Defendant, ALLTHEWAY TRUCKING INC. prays that this Honorable Court exercise jurisdiction over this matter.

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

CASE NO.: 1:22cv22619

## **CERTIFICATE OF SERVICE**

I hereby certify that the on the 17th day of August 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court Southern District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
*Counsel for Defendant, Alltheway Trucking, Inc.*
100 SE Second Street, Suite 2100
Miami, Florida 33131
Telephone: 305-374-4400
Facsimile: 305-579-0261

By: __*/s/ Danielle T. Gauer*__
DANIELLE T. GAUER
Florida Bar No. 127339
danielle.gauber@wilsonelser.com