REGISTERED AGENT SOLUTIONS INC

**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

2022-08-10

Ovianna Tse
**Alltheway Trucking Inc.**
100-10991 Shellbridge Way
Richmond, BC V6X3C6 Canada

**NOTICE OF CONFIDENTIALITY**
This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

**RE: Alltheway Trucking Inc.**

---

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review. A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.
For additional information and instruction, contact the document issuer: GERSON & SCHWARTZ, P.A.

**SERVICE INFORMATION**

Service Date: 2022-08-10
Service Time: 8:42AM EDT
Service Method: Process Server

**RASi REFERENCE INFORMATION**

Service No.: 0222898
RASi Office: West Virginia
Rec. Int. Id.: JLW

**CASE INFORMATION**

Case Number: 2022-01195 CA 01
File Date: 07/22/2022
Jurisdiction: FLORIDA 11TH JUDICIAL CIRCUIT COURT IN AND FOR MIAMI-DADE COUNTY
Case Title: ALEXANDER DELGADO, ET AL V. JOSE LUIS DE MEDEIROS, ET AL

**ANSWER / APPEARANCE INFORMATION**

20 days *(Be sure to review the document(s) for any required response dates)*

**AGENCY / PLAINTIFF INFORMATION**

Firm/Issuing Agent: GERSON & SCHWARTZ, P.A.
Attorney/Contact: BRIAN M. ANDINO
Location: Florida
Telephone No.: 305 371 6000

**DOCUMENT(S) RECEIVED & ATTACHED**

Complaint
Summons
Demand for Jury Trial

**ADDITIONAL NOTES**

**Questions or Comments...** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission. The transmitted documents have also been uploaded to your Corpliance account. RASi offers additional methods of notification including Telephone Notification and FedEx Delivery. If you would like to update your account's notification preferences, please log into your Corpliance account at www.rasi.com.

*Thank you for your continued business!*

## DLE Process Servers, Inc

**Priority: STANDARD**     **Field Sheet #2022032378**

Received: 8/8/2022 at 2:02 pm
Court Date:        Filed:



SERVE:
Work: All The Way Trucking, Inc. c/o Registered Agent Solutions, Inc., 200 Capitol Street, Charleston, WV 25301

SPECIAL INSTRUCTIONS:
Attempts              Server: ~~Unassigned server~~ Harris Inv.

| | Date | Time | Comments |
|---|---|---|---|
| 1 | / | | |
| 2 | / | | |
| 3 | / | | |
| 4 | / | | |
| 5 | / | | |
| 6 | / | | |
| 7 | / | | |
| 8 | / | | |

**Actual Service Info**

_____ _____ Type:_____      Married?_____
                                            Military?_____      Miles_____
Served on:_____  As:_____       Hours_____
Address:_____                       Additional Addr: 1 2 3
Comments:_____                       Courier_____
                                                             Out of Pocket Costs
                                                             _____ _____
                                                             _____ _____
                                                             _____ _____

Age____   Sex   M   F   Race_____   Height_____   Weight_____   Hair_____   Glasses  Y  N

Case Number: 2022-011925 CA 01   Miami-Dade  Circuit
Plaintiff                                          Defendant
ALEXANDER DELGAO, AYMEE DELGADO an                 JOSE LUIS DE MEDEIROS, ALL THE WA

Type of Writ: **Civil Action Summons, Complaint.**

I acknowledge receipt of the documents listed above and confirm
that the within-named party is / is not in active military service.  (To
change, go to Setup>Misc Text>FS Acknowledgement.)

Signature of Recipient

Copyright © 1992-2022 Database Services, Inc  - Process Server's Toolbox V8 1u

Filing # 153620405 E-Filed 07/19/2022 02:00:23 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO. 2022-011925 CA 01

ALEXANDER DELGADO,
AYMEE DELGADO and
CAMILO DELGADO,

          Plaintiffs,

v.

JOSE LUIS DE MEDEIROS,
ALLTHE WAY TRUCKING, INC. and
PENSKE TRUCK LEASING
CORPORATION,

          Defendants.

_____/

## **CIVIL ACTION SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of Said State:

     YOU ARE HEREBY COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant: ALLTHE WAY TRUCKING, INC.
                                          c/o Registered Agent Solutions, Inc.
                                          200 Capitol Street
                                          Charleston, WV 25301-2206

     Each defendant is required to serve written defenses to the complaint or petition on Plaintiff's attorney, to wit:       BRIAN ANDINO, ESQ.
whose address is:                     GERSON & SCHWARTZ, P.A.
                                     1980 Coral Way
                                   Miami, FL 33145-2624
                                   Tel. (305) 371-6000
                                   Fax. (305) 371-5749
                                   E-Mail: bandino@gslawusa.com
                                             pgerson@gslawusa.com
                                           zdiaz@gslawusa.com
                                         filing@gslawusa.com

DELGADO, ETC. ET. AL. v. MEDEROS, ETC.
CASE NO. 22-011925 CA 01

within 20 days after service of this summons on that defendant, exclusive of the day of service and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

<center>IMPORTANT</center>

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of the court.  A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book.)
If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the Plaintiff/Plaintiff's Attorney named below.

<center>IMPORTANTE</center>

Usted ha sido demandado legalmente.  Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.   Si lo desea, puede usted consultar a un abogado inmediatamente.   Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominad abajo como APlaintiff/Plaintiff's Attorney (Demandante o Abogado del Demandante).

<center>IMPORTANT</center>

Des poursuites judiciares ont ete enterprises contre vous.  Vous avez 20 jour consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention de numero de dossier ci-dessus e

DELGADO, ETC. ET. AL. v. MEDEROS, ETC.
CASE NO. 22-011925 CA 01

du nom des parties nommees ici, si vous ne deposez pas votre reponse ecrite dans le relai requis. vous risquez de perdre la cause ainsi que votre salaire. votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulteriur du tribunal.   Il y a d'autres obligations jurisdiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite. il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au APlaintiff/Plaintiff's Attorney (Plaignant on a son avocat nomme cidessous.

    Dated, this 7/22/2022day of July,  2022.

                    HARVEY RUVIN,
                    As Clerk of said Court

                    217043
             By:
                    as Deputy Clerk

Filing # 152361871 E-Filed 06/28/2022 04:20:39 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION

CASE NO        2022-01195 CA 01

ALEXANDER DELGADO,
AYMEE DELGADO, and
CAMILO DELGADO,

    Plaintiffs,

v.

JOSE LUIS DE MEDEIROS, ALLTHEWAY
TRUCKING INC., and PENSKE TRUCK
LEASING CORPORATION,

    Defendants.

_____/

## COMPLAINT

  Plaintiffs ALEXANDER DELGADO, AYMEE DELGADO and CAMILO DELGADO

sue the Defendants, JOSE LUIS DE MEDEIROS and ALLTHEWAY TRUCKING INC., and

PENSKE TRUCK LEASING CORPORATION, and state:

## PRELIMINARY ALLEGATIONS

1. This is an action for damages in excess of thirty thousand dollars ($30,000.00) exclusive

  of costs, interest and attorney's fees.

2. This personal injury action arises out of a December 18, 2021, collision between a truck

  and motorcycle at the intersection of NW 87th Ave. and NW 15th St. in Doral, Miami-Dade

  County, Florida, resulting in significant permanent injury to and the permanent total

  disability of Plaintiff ALEXANDER DELGADO.

DELGADO V. JOSE LUIS DE MEDEIROS,
ALLTHEWAY TRUCKING INC., and
PENSKE TRUCK LEASING
CORPORATION.

3. Venue is proper in Miami-Dade County because the collision and resulting damages to Plaintiff ALEXANDER DELGADO occurred therein, so that the cause of action arises in Miami-Dade County, Florida.

4. At all material times, Plaintiff ALEXANDER DELGADO has been a permanent resident of Miami, Miami-Dade County, Florida, and sui juris.

5. On December 18, 2021, Plaintiff ALEXANDER DELGADO was operating his motorcycle northbound on NW 87th Avenue in Doral, Miami-Dade County, Florida.

6. At the time and place referenced in the preceding paragraph, JOSE LUIS DE MEDEIROS was operating a 2022 Freightliner truck bearing VIN#1JJV532B8HL008243.

7. At the time and place referenced in the preceding two paragraphs, JOSE LUIS DE MEDEIROS turned the 2022 Freightliner truck referenced in the preceding paragraph left without yielding to oncoming traffic, including the motorcycle then being operated by Plaintiff ALEXANDER DELGADO.

8. As a direct and proximate result of the left turn made by JOSE LUIS DE MEDEIROS as described in the preceding paragraph, the motorcycle being operated by Plaintiff collided violently with the trailer attached to the 2022 Freightliner truck MEDEIROS was operating.

9. As a direct and proximate result of the collision referenced in the preceding paragraph, Plaintiff ALEXANDER DELGADO has sustained and will continue in the future to sustain significant permanent and disabling injuries, including both significant orthopedic and significant neurological injuries, and resulting pain and suffering, disability, physical impairment, loss of function, disfigurement, mental anguish, loss of capacity for the

GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 • Broward (954) 845-0535 • Fax (305) 371-5749 • Toll Free (877) 475-2905
www.injuryattorneyfla.com

DELGADO V. JOSE LUIS DE MEDEIROS,
ALLTHEWAY TRUCKING INC., and
PENSKE TRUCK LEASING
CORPORATION.

enjoyment of life, inconvenience, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and acceleration and aggravation of previously existing conditions. All of these damages are permanent and continuing and the future expenses for hospitalization and medical and nursing care and treatment are reasonably certain to occur.

10. As a further direct and proximate result of the collision referenced above, the Plaintiff ALEXANDER DELGADO has sustained significant permanent injuries resulting in permanent and total disability within the meaning of Section 768.0415, Florida Statutes and *United States v. Dempsey*, 635 So.2d 961 (Fla.1994).

11. At all material times, AYMEE DELGADO has been the natural mother of ALEXANDER DELGADO.

12. At all material times, AYMEE DELGADO has been a permanent resident of Florida and sui juris.

13. At all material times, CAMILO DELGADO has been the natural father of ALEXANDER DELGADO, a permanent resident of Florida and sui juris.

14. As a further direct and proximate result of the collision referenced above, ALEXANDER DELGADO's natural mother AYMEE DELGADO has a derivative claim for loss of filial consortium pursuant to Section 768.0415, Florida Statutes and *United States v. Dempsey*, 635 So.2d 961 (Fla.1994), including:

    a. The loss of ALEXANDER DELGADO's support and services from the date of his injury and continuing in the future;

DELGADO V. JOSE LUIS DE MEDEIROS,
ALLTHEWAY TRUCKING INC., and
PENSKE TRUCK LEASING
CORPORATION,

      b. The replacement value of ALEXANDER DELGADO's services, from the date of his

      injury and continuing in the future;

    c. The loss of ALEXANDER DELGADO's comfort, companionship, society and

    care from the date of his injury and continuing in the future;

    d. Mental pain and suffering from the date of ALEXANDER DELGADO's injury and

    continuing in the future.

15. As a further direct and proximate result of the collision referenced above, ALEXANDER

DELGADO's natural father CAMILO DELGADO has a derivative claim for loss of filial

consortium pursuant to Section 768.0415, Florida Statutes and *United States v. Dempsey*,

635 So.2d 961 (Fla.1994), including:

    a. The loss of ALEXANDER DELGADO's support and services from the date of his

    injury and continuing in the future;

    b. The replacement value of ALEXANDER DELGADO's services, from the date of

    his injury and continuing in the future;

    c. The loss of ALEXANDER DELGADO's comfort, companionship, society and

    care from the date of his injury and continuing in the future;

    d. Mental pain and suffering from the date of ALEXANDER DELGADO's injury and

    continuing in the future.

**COUNT I – NEGLIGENCE AGAINST DEFENDANT MEDEIROS**

GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 • Broward (954) 845-0535 • Fax (305) 371-5749 • Toll Free (877) 475-2905
www.injuryattorneyfla.com

DELGADO V. JOSE LUIS DE MEDEIROS,
ALLTHEWAY TRUCKING INC., and
PENSKE TRUCK LEASING
CORPORATION,

16. The Plaintiffs adopt, reallege and incorporate by reference all preliminary allegations of Paragraphs 1 through 15 above as if they were realleged in full herein and further allege the following matters.

17. At all material times, Defendant JOSE LUIS DE MEDEIROS ("MEDEIROS") has been sui juris and a resident of Woodbridge, Ontario, Canada.

18. At all material times MEDEIROS was operating the 2022 Freightliner truck referenced in Paragraph 6 above in the course and scope of his employment as a commercial motor vehicle driver.

19. Defendant MEDEIROS, both as a commercial motor vehicle driver and as a motorist operating a vehicle on public roadways in Florida, had a duty to fellow motorists on Florida public roadways, including Plaintiff ALEXANDER DELGADO, to operate the 2022 Freightliner truck in a reasonably safe manner and to abide by all laws governing the safe operation and maintenance of commercial motor vehicles in Florida in accordance with reasonable care, applicable Florida and federal statutes, and applicable federal regulations governing the operation of commercial motor vehicles in interstate commerce.

20. At all material times, including the time alleged in Paragraphs 6 through 8 above, Defendant MEDEIROS breached his duty to operate the 2022 Freightliner truck with reasonable care and applicable statutes and regulations as alleged above, and was thereby negligent, in one or more of the following ways:

    a.  Failure to yield the right of way to oncoming traffic;

    b.  Driving carelessly;

GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 • Broward (954) 845-0535 • Fax (305) 371-5749 •Toll Free (877) 475-2905
www.injuryattorneyfla.com

DELGADO V. JOSE LUIS DE MEDEIROS,
ALLTHEWAY TRUCKING INC., and
PENSKE TRUCK LEASING
CORPORATION,

  c. Failure to keep a proper lookout;

  d. Failure to maintain proper control of the vehicle he was operating;

  e. Failing to take appropriate and timely evasive action to avoid the collision with ALEXANDER DELGADO's motorcycle; and

  f. Other acts and omissions resulting in his negligent operation of the 2022 Freightliner truck.

21. As a direct and proximate result of the negligent vehicle operation by Defendant MEDEIROS as described in the preceding paragraph, Plaintiff ALEXANDER DELGADO has sustained and will continue in the future to sustain the damages alleged in Paragraphs 9 and 10 above.

22. As a further direct and proximate result of the negligent vehicle operation by Defendant MEDEIROS alleged above, ALEXANDER DELGADO's natural mother AYMEE DELGADO has sustained and will continue in the future to sustain the damages alleged in Paragraph 14 above.

23. As a further direct and proximate result of the negligent vehicle operation by Defendant MEDEIROS alleged above, ALEXANDER DELGADO's natural father CAMILO DELGADO has sustained and will continue in the future to sustain the damages alleged in Paragraph 15 above.

**WHEREFORE**, the Plaintiffs demand judgment against Defendant JOSE LUIS DE MEDEIROS for damages and the costs of this action and further demand trial by jury of all issues so triable as of right.

DELGADO V. JOSE LUIS DE MEDEIROS,
ALLTHEWAY TRUCKING INC., and
PENSKE TRUCK LEASING
CORPORATION,

## COUNT II – VICARIOUS LIABILITY AGAINST ALLTHEWAY

24. The Plaintiffs adopt, reallege and incorporate by reference all preliminary allegations of Paragraphs 1 through 15 above as if they were realleged in full herein and further allege the following matters.

25. At all material times, Defendant ALLTHEWAY TRUCKING INC. ("ALLTHEWAY") has been a Canadian corporation licensed and authorized to conduct business in the state of Florida and doing business in Miami-Dade County, Florida.

26. At all material times, ALLTHEWAY has been engaged in the business of employing commercial motor vehicle drivers, including Defendant JOSE LUIS DE MEDEIROS, for the purpose of operating commercial motor vehicles, including the 2022 Freightliner truck referenced in Paragraph 6 above.

27. At all material times, including the time and place of the collision described in Paragraphs 6 through 8 above, Defendant JOSE LUIS DE MEDEIROS was employed by Defendant ALLTHEWAY as a commercial truck driver.

28. At all material times, including the time and place of the collision described in Paragraphs 6 through 8 above, Defendant JOSE LUIS DE MEDEIROS was operating the 2022 Freightliner truck referenced in Paragraph 6 above in the course and scope of his employment as a commercial truck driver employed by Defendant ALLTHEWAY, so that Defendant ALLHEWAY is vicariously liable for damages resulting from the negligence of JOSE LUIS DE MEDEIROS in operating the 2022 Freightliner truck.

GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 • Broward (954) 845-0535 • Fax (305) 371-5749 • Toll Free (877) 475-2905
www.injuryattorneyfla.com

DELGADO V. JOSE LUIS DE MEDEIROS,
ALLTHEWAY TRUCKING INC., and
PENSKE TRUCK LEASING
CORPORATION,

29. At all material times, including the time alleged in Paragraphs 6 through 8 above, Defendant JOSE LUIS DE MEDEIROS operated the 2022 Freightliner truck negligently in one or more of the following ways:

  a. Failure to yield the right of way to oncoming traffic;

  b. Driving carelessly;

  c. Failure to keep a proper lookout;

  d. Failure to maintain proper control of the vehicle he was operating;

  e. Failing to take appropriate and timely evasive action to avoid the collision with ALEXANDER DELGADO's motorcycle; and

  f. Other acts and omissions resulting in his negligent operation of the 2022 Freightliner truck.

30. As a direct and proximate result of the negligence of JOSE LUIS DE MEDEIROS as alleged in the preceding paragraph, for which Defendant ALLTHEWAY is vicariously liable as alleged above, Plaintiff ALEXANDER DELGADO has sustained and will continue in the future to sustain the damages alleged in Paragraphs 9 and 10 above.

31. As a further direct and proximate result of the negligence of JOSE LUIS DE MEDEIROS alleged above, for which Defendant ALLTHEWAY is vicariously liable as alleged above, ALEXANDER DELGADO's natural mother AYMEE DELGADO has sustained and will continue in the future to sustain the damages alleged in Paragraph 14 above.

32. As a further direct and proximate result of the negligence of JOSE LUIS DE MEDEIROS alleged above, for which Defendant ALLTHEWAY is vicariously liable as alleged above,

GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 • Broward (954) 845-0535 • Fax (305) 371-5749 • Toll Free (877) 475-2905
www.injuryattorneyfla.com

DELGADO V. JOSE LUIS DE MEDEIROS.
ALLTHEWAY TRUCKING INC., and
PENSKE TRUCK LEASING
CORPORATION,

ALEXANDER DELGADO's natural father CAMILO DELGADO has sustained and will continue in the future to sustain the damages alleged in Paragraph 15.

**WHEREFORE,** the Plaintiffs demand judgment against Defendant ALLTHEWAY for damages and the costs of this action and further demand trial by jury of all issues so triable as of right.

<u>**COUNT III – NEGLIGENT ENTRUSTMENT AGAINST PENSKE**</u>

33. The Plaintiffs adopt, reallege and incorporate by reference all preliminary allegations of Paragraphs 1 through 15 above as if they were realleged in full herein and further allege the following matters.

34. At all material times, Defendant PENSKE TRUCK LEASING CORPORATION ("PENSKE") has been a Delaware corporation licensed and authorized to conduct business in the state of Florida and doing business in Miami-Dade County, Florida.

35. At all material times, PENSKE has been the owner of the 2022 Freightliner truck described in Paragraph 6 above.

36. At all material times, including the time of the collision referenced in Paragraphs 6 through 8 above, PENSKE leased the 2022 Freightliner truck described in Paragraph 6 to Defendant ALLTHEWAY for use as a commercial motor vehicle.

37. At all material times, PENSKE leased the 2022 Freightliner truck in Canada, for operation in Canada, without verifying or attempting to verify that the vehicle would be operated in the United States or Florida or that ALLTHEWAY and drivers employed by ALLTHEWAY would comply with motor vehicle statutes, laws, and regulations

GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 • Broward (954) 845-0535 • Fax (305) 371-5749 •Toll Free (877) 475-2905
www.injuryattorneyfla.com

DELGADO V. JOSE LUIS DE MEDEIROS,
ALLTHEWAY TRUCKING INC., and
PENSKE TRUCK LEASING
CORPORATION,

applicable in the United States and Florida and was thereby negligent in entrusting the

vehicle to ALLTHEWAY.

38. As a direct and proximate result of the negligent entrustment of the 2022 Freightliner truck

by PENSKE to ALLTHEWAY as alleged in the preceding paragraph, ALLTHEWAY and

JOSE LUIS MEDEIROS as a driver employed by ALLTHEWAY were operating the truck

on public roadways in Florida without compliance with applicable United States and

Florida statutes and regulations governing the operation of commercial vehicles in Florida.

39. As a further direct and proximate result of the negligent entrustment of the 2022

Freightliner truck by PENSKE to ALLTHEWAY as alleged above, Defendant JOSE LUIS

DE MEDEIROS at all material times, including the time alleged in Paragraphs 6 through

8, operated the 2022 Freightliner truck negligently in one or more of the following ways:

 a. Failure to yield the right of way to oncoming traffic;

 b. Driving carelessly;

 c. Failure to keep a proper lookout;

 d. Failure to maintain proper control of the vehicle he was operating;

 e. Failing to take appropriate and timely evasive action to avoid the collision with

  ALEXANDER DELGADO's motorcycle; and

 f. Other acts and omissions resulting in his negligent operation of the 2022

  Freightliner truck.

40. As a direct and proximate result of the negligence of JOSE LUIS DE MEDEIROS as

alleged in the preceding paragraph, for which Defendant PENSKE is liable as negligent

GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 • Broward (954) 845-0535 • Fax (305) 371-5749 • Toll Free (877) 475-2905
www.injuryattorneyfla.com

DELGADO V. JOSE LUIS DE MEDEIROS.
ALLTHEWAY TRUCKING INC., and
PENSKE TRUCK LEASING
CORPORATION.

entrustor of the 2022 Freightliner truck as alleged above, Plaintiff ALEXANDER

DELGADO has sustained and will continue in the future to sustain the damages alleged in

Paragraphs 9 and 10 above.

41. As a further direct and proximate result of the negligence of JOSE LUIS DE MEDEIROS

alleged above, for which Defendant PENSKE is liable as negligent entrustor of the 2022

Freightliner truck as alleged above, Defendant ALLTHEWAY is vicariously liable as

alleged above, ALEXANDER DELGADO's natural mother AYMEE DELGADO has

sustained and will continue in the future to sustain the damages alleged in Paragraph 14

above.

42. As a further direct and proximate result of the negligence of JOSE LUIS DE MEDEIROS

alleged above, for which Defendant PENSKE is liable as negligent entrustor of the 2022

Freightliner truck as alleged above, Defendant ALLTHEWAY is vicariously liable as

alleged above, ALEXANDER DELGADO's natural father CAMILO DELGADO has

sustained and will continue in the future to sustain the damages alleged in Paragraph 15

above.

**WHEREFORE,** the Plaintiffs demand judgment against Defendant PENSKE for damages and

the costs of this action and further demand trial by jury of all issues so triable as of right.

## DEMAND FOR JURY TRIAL

Plaintiff in the above-styled case hereby demands a trial by jury of all issues triable by

right against each and all named Defendants.

*[Certificate of Service on following page]*

DELGADO V. JOSE LUIS DE MEDEIROS,
ALLTHEWAY TRUCKING INC., and
PENSKE TRUCK LEASING
CORPORATION.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served

electronically on all attorneys of record on the attached Service List on this 28th day of June 2022.

/s/ *Brian M. Andino*
BRIAN M. ANDINO, Esq.
Florida Bar No. 0119847
bandino@gslawusa.com
filing@gslawusa.com
zdiaz@gslawusa.com
ngerson@gslawusa.com
PHILIP M. GERSON
Florida Bar No. 127290
GERSON & SCHWARTZ, P.A.
*Attorneys for Plaintiff*
1980 Coral Way
Miami, FL 33145-2624
Telephone: (305) 371-6000
Facsimile: (305) 371-5749

GERSON & SCHWARTZ, P.A. • 1980 Coral Way • Miami, Florida 33145-2624
Dade (305) 371-6000 • Broward (954) 845-0535 • Fax (305) 371-5749 • Toll Free (877) 475-2905
www.injuryattorneyfla.com